IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01920-RPM-KMT

ARI BRUMER,

       Plaintiff,

  v.

CORESITE, L.L.C. (FKA CRG WEST, LLC), a Delaware
Limited Liability Company; CORESITE REALTY CORPORATION,
a Maryland Corporation; CORESITE, L.P., a Delaware Limited Partnership;
THE CARLYLE GROUP, LP, a Delaware Limited Partnership;
CARLYLE REALTY PARTNERS, LP, a Delaware Limited Partnership;
CARLYLE REALTY PARTNERS II, LP, a Delaware Limited Partnership;
CARLYLE REALTY PARTNERS III, LP, a Delaware Limited Partnership;
CARLYLE REALTY PARTNERS IV, LP, a Delaware Limited Partnership;
CARLYLE REALTY PARTNERS V, LP, a Delaware Limited Partnership;
THOMAS M. RAY, in his individual and official capacity;
GEORGE RUHLEN, in his individual and official capacity;
and DOES 1-20,

       Defendants.

---

## NOTICE OF DISMISSAL <u>WITHOUT</u> PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

Plaintiff Ari Brumer, through counsel Taylor/Anderson, LLP, respectfully notifies this Court and the parties that this matter is hereby dismissed <u>without</u> prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as the Defendants have not yet filed their answer or a motion for summary judgment.

On September 13, 2010, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) claiming that this Court lacked subject matter jurisdiction. Therein, Defendants represented that certain of their members or partners were residents of California where Plaintiff

resides and therefore complete diversity does not exist. Defendants of course did not identify which members or partners were allegedly residents of California, but instead attached an affidavit broadly stating as much. Because Defendants' organizational structure is convoluted and intentionally kept secret; because Defendants were less than forthcoming concerning this issue; and because verifying the membership of each member or partner of each entity and sub-entity of The Carlyle Group and Carlyle Funds would be an impossible task and would be a waste of this Court's time and would cause unnecessary delay, Plaintiff has voluntarily dismissed this action and has immediately re-filed the action in state court where the substance of Plaintiff's claims can be addressed.

DATED this 28th day of September, 2010.

Respectfully submitted,

By: s/*Ryan C. Carson*
Kevin S. Taylor (20209)
Ryan C. Carson (35251)
John M. Roche (11586)
TAYLOR|ANDERSON LLP
1331 Seventeenth Street, Suite 1050
Denver, Colorado 80202
Tel: (303) 551-6660
Fax: (303) 551-6655

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Sybil R. Kisken, Esq.
1550 Seventeenth Street
Suite 500
Denver, CO 80202
Sybil.kisken@dgslaw.com

                *s/Jeannine M. Berdaus*
                Jeannine M. Berdaus